In the Matter of the Accounting of ELIZABETH P. DEG. JAMES, as Executrix of AMEDEE DEG. JAMES, Deceased, Respondent.

GEORGE W. P. DEG. JAMES et al., Appellants.

(Submitted October 1, 1917; decided October 9, 1917.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 221 N. Y. 242.)

---

EMANUEL HERTZ, Respondent, v. GEORGE A. WHEELOCK, Appellant.

*Hertz* v. *Wheelock,* 173 App. Div. 937, appeal dismissed.
(Argued October 1, 1917; decided October 9, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action for services.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous; that the exceptions were frivolous; that no questions of law were presented for review and that the appeal was taken solely for purposes of delay.

*Frank Moss* for motion.

*Nash Rockwood* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.